BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $36,220.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $229,500.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY €2,500.00 IN EUROS,<br><br>APPROXIMATELY $4,445.15 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1328139793,<br><br>APPROXIMATELY $3,267.56 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3189851920,<br><br>APPROXIMATELY $8,598.93 IN U.S. CURRENCY SEIZED FROM TD AMERITRADE ACCOUNT NUMBER 757-895490,<br><br>Defendants. | 2:12-MC-00037-KJM-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and

Claimant Nong Vue, Thierry Thao and Sai Vang ("Claimants"), by and through their respective attorney, as follows:

 1. On or about February 17, 2012, Claimants filed claims in the administrative forfeiture proceedings, with the U.S. Customs and Border Patrol with respect to the Approximately $36,220.00 in U.S. Currency, which was seized on December 23, 2011, Approximately $229,500.00 in U.S. Currency, Approximately €2,500.00 Euros, Approximately $4,445.15 in U.S. Currency seized from Wells Fargo Bank Account Number 1328139793, and Approximately $3,267.56 in U.S. Currency seized from Wells Fargo Bank Account Number 3189851920, which were seized on December 29, 2011, and Approximately $8,598.93 in U.S. Currency seized from TD Ameritrade Account Number 757-895490 (collectively hereafter referred to as the "defendant assets"), which was seized on January 12, 2012.

 2. The U.S. Customs and Border Patrol has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

 3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 17, 2012.

 4. By Stipulation and Order filed May 30, 2012, the parties stipulated to extend to July 17, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 17, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to September 17, 2012.

BENJAMIN B. WAGNER
United States Attorney

DATE:   7/16/12        /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATE:   7/16/12        /s/ John Balazs
JOHN BALAZS
Attorney for Claimants
Nong Vue, Thierry Thao and Sai Vang

(As authorized on 7/16/2012)

**IT IS SO ORDERED**.

DATE:  August 14, 2012.

UNITED STATES DISTRICT JUDGE